UNITED STATES BANKRUPTCY COURT
District of Delaware

RE: )
) Case No. 22-10547-JTD
Unioncrate, Inc. )
) Chapter - 7
Debtor(s) )

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On October 31, 2024, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to unclaimed funds for Unioncrate, Inc., debtor, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $51,958.74 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**Dated: December 2nd, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**